USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 0 7 2007

ORIGINAL

JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA

    -v.-

WILLIAM PETTY,
    a/k/a "Black,"
SONNEL ROBLES,
    a/k/a "Two-Tone,"
HERMAN COLON,
    a/k/a "Bless," and
PABLO QUILES,
    a/k/a "Archie,"

        Defendants.
- - - - - - - - - - - - - - - - -x

INDICTMENT

07 CRIM. 852

## COUNT ONE

The Grand Jury charges:

1.   From in or about May 2007 up to and including in or about June 2007, in the Southern District of New York and elsewhere, WILLIAM PETTY, a/k/a "Black," SONNEL ROBLES, a/k/a "Two-Tone," HERMAN COLON, a/k/a "Bless," and PABLO QUILES, a/k/a "Archie," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PETTY, ROBLES, COLON, QUILES, and others known and unknown, conspired to commit an armed robbery of a suspected narcotics trafficker in the vicinity of

Hull Avenue in the Bronx, New York.

(Title 18, United States Code, Section 1951.)

## COUNT TWO

The Grand Jury further charges:

2. On or about June 5, 2007, in the Southern District of New York, WILLIAM PETTY, a/k/a "Black," SONNEL ROBLES, a/k/a "Two-Tone," HERMAN COLON, a/k/a "Bless," and PABLO QUILES, a/k/a "Archie," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would thereby have obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, PETTY, ROBLES, COLON, and QUILES, attempted to commit an armed robbery of an individual they believed to be in possession of narcotics and narcotics proceeds in the vicinity of Hull Avenue in the Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

The Grand Jury further charges:

3. From in or about May 2007 up to and including in or about June 2007, in the Southern District of New York, WILLIAM PETTY, a/k/a "Black," SONNEL ROBLES, a/k/a "Two-Tone," HERMAN

COLON, a/k/a "Bless," and PABLO QUILES, a/k/a "Archie," the defendants, and others known and unknown, unlawfully, willfully, and knowingly, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, the attempt to rob narcotics and narcotics proceeds as charged in Count Two of this Indictment, did use and carry firearms, and, in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were discharged.
(Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.)

_____          _____
FOREPERSON                               MICHAEL J. GARCIA
                                         United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM PETTY,
   a/k/a "Black,"
SONNEL ROBLES,
   a/k/a "Two-Tone,"
HERMAN COLON,
   a/k/a "Bless," and
PABLO QUILES
   a/k/a "Archie,"

   Defendants.

INDICTMENT

07 Cr.

(Title 18, United States Code,
Sections 1951, 924(c)(1)(A)(iii), and 2.)

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL

*Dennise Suarez Peña*
Foreperson.

9/1/07
ss

*Case assigned to J. Rakoff*

*MJ Gorenstein*